MANTECH TELECOMMUNICATIONS
AND INFORMATION SYSTEMS,
CORP., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Lockheed Martin Services, Inc.,
Defendant–Appellee.

No. 01–5090.

United States Court of Appeals,
Federal Circuit.

March 18, 2002.

Before SCHALL, BRYSON, and
GAJARSA, Circuit Judges.

PER CURIAM.

## DECISION

ManTech Telecommunications and In-
formation Systems Corporation ("Man-
Tech") appeals from the decision of the
United States Court of Federal Claims
granting-in-part and denying-in-part cross-
motions for judgment on the administra-
tive record. *ManTech Telecomms. and
Info. Sys. Corp. v. United States,* 49 Fed.
Cl. 57 (2001). ManTech filed a post-award
bid protest complaint in the Court of Fed-
eral Claims seeking injunctive relief
against the United States. We have care-
fully considered all of ManTech's argu-
ments and have found no error in the
thorough and well-reasoned decision of the
Court of Federal Claims. The decision of
that court is, therefore, *affirmed.*